# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN BOJORQUEZ-PEREZ,

Defendant.

Case No.:  21-CR-2107-JLS

**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING**

The plaintiff, United States of America, by and through its counsel Randy S. Grossman, Acting United States Attorney, and David M. Berman, Assistant U.S. Attorney and Juan Bojorquez-Perez, by and through his counsel, Patricia Ojeda, have filed a joint motion to continue the August 27, 2021 Motion Hearing and Trial Setting.

Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for October 1, 2021 at 1:30 PM.  For the reasons set forth in the joint motion, time is excluded in the interests of justice because the absence of a continuance could result in a miscarriage of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i).

IT IS SO ORDERED.

Dated:  August 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge